# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 5/7/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 11:33:44 AM
CHRISTOPHER A. PRINE
Clerk

TO:    1ST COURT OF APPEALS

From:    Deputy Clerk: MICHELLE LOPEZ
Chris Daniel, District Clerk
Harris County, T E X A S

**CAUSE:**    2015-00901

**VOLUME** _____ **PAGE** _____    **OR**    **IMAGE #** 64910158

**DUE** 6/5/2015    **ATTORNEY** 24056231

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** **1ST**

**DATE JUDGMENT SIGNED:**    4/6/2015

**MOTION FOR NEW TRIAL DATE FILED** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 5/5/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 60

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: /s/ MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C    JUDGMENT BEING APPEALED
D    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED
O    CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

NO. 2015-00901

| | | |
|---|---|---|
| CEDAR HILL, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| UNIVERSAL PACKAGING, INC., | § | |
| AND JOHN C. WYLIE | § | |
| | § | 61st JUDICIAL DISTRICT |

## NOTICE OF APPEAL

COMES NOW, Plaintiff, Cedar Hill, Inc., and files this Notice of Appeal and states its intent to appeal the Court's Order granting Defendant, John C. Wylie's Motion to Vacate Foreign Judgment and Motion for New Trial signed April 6, 2015 to the First or Fourteenth Court of Appeals.

SIGNED and FILED this 5th day of May, 2015.

Respectfully submitted,

ANDREWS MYERS, P.C.

By: ___/s/ Kenton Andrews_____
TIMOTHY C. ROSS
State Bar No. 24056231
tross@andrewsmyers.com
E-Fax: (832) 431-5510
KENTON ANDREWS
State Bar No. 24069303
kandrews@andrewsmyers.com
E-Fax: (832) 239-8216
3900 Essex Lane, Suite 800
Houston, Texas 77027-5109
Telephone (713) 850-4200

ATTORNEYS FOR PLAINITFF AND
JUDGMENT CREDITOR, CEDAR HILL, INC.

4820-3935-0051, v.1

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record as set forth below on this the 5th day of May, 2015.

**VIA E-SERVE AND FACSIMILE (281) 242-0306**
John Wesley Wauson
Jarrod B. Martin
Wauson Probus
One Sugar Creek Center Blvd, Suite 880
Sugar Land, Texas 77478

_/s/ Kenton Andrews_
Kenton Andrews

3/31/2015 5:10:30 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 4718487
By: KIRBY, TERESA A
Filed: 3/31/2015 5:10:30 PM

CAUSE NO. 2015-00901

**P1**

**8AP**

| | | |
|---|---|---|
| CEDAR HILL, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| UNIVERSAL PACKAGING, INC., | § | |
| AND JOHN C. WYLIE | § | 61st JUDICIAL DISTRICT |

## ORDER

Be it remembered that Defendant, UNIVERSAL PACKAGING, INC., timely filed its Motion to Vacate Foreign Judgment and for New Trial ("Motion"); that on March 30, 2015 at a time when the Court maintained plenary power over this matter but after the Motion was overruled by operation of law, the Court held an evidentiary hearing on the Motion. Based upon the record presented, the Court vacates the overruling of the Motion by operation of law and denies, after hearing and evidence, the Motion to Vacate Foreign Judgment and for New Trial filed by Universal Packaging, Inc. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion to Vacate Foreign Judgment and for New Trial filed by Defendant Universal Packaging, Inc. **IS HEREBY DENIED.**

APR 0 6 2015

SIGNED: _____

JUDGE PRESIDING

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

```
JUC8H (NR4#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      MAY 07, 2015(C1)
INT6510               CIVIL CASE INTAKE               OPT: _____ -  INT
                    GENERAL PARTY INQUIRY             PAGE:   1 -    1

CASE NUM: 201500901__ PJN> __  TRANS NUM: _____ CURRENT COURT: 61  PUB? _
CASE TYPE: ENFORCE FOREIGN JUDGMENT        CASE STATUS: READY DOCKET
STYLE: CEDAR HILL INC                 VS UNIVERSAL PACKAGING INC
=============================================================================
                     **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR      PERSON NAME            PTY    ASSOC. ATTY
  NUM    NUMBER                                       STAT
_     00003-0001 DEF 24070221 WYLIE, JOHN C                  MARTIN, JARRO
_     00001-0001 PLT 24069303 CEDAR HILL INC                 ANDREWS, WILL




==> (2) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```